## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | |
|---|---|
| DEFT: OSWALDO RENFRUM (J) | CASE NO: 00-4242-SNOW |
| AUSA: DUTY /Kay | ATTY: Tim Day |
| AGENT: DEA | VIOL: 21:846; 841(a)(1) |
| PROCEEDING: I/A ON COMPLAINT | RECOMMENDED BOND: PTD |
| BOND HEARING HELD - yes / no | COUNSEL APPOINTED: FPD |
| BOND SET @: | To be cosigned by: |

FILED by __ OCT 2 0 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: _____
- ❏ Travel extended to: _____
- ❏ Halfway House _____

Advised of charges
sworn for counsel

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| BOND HEARING: | 10-23 | // | BSS | ✓ |
| PRELIM/ARRAIGN. OR REMOVAL: | 11-3 | // | BSS | ✓ |
| STATUS CONFERENCE: | | | | |

DATE: 10-20-00   TIME: 9:00   FTL/LSS TAPE # 00 - 055   Begin: 361   End: 908

2/A