| | |
|---|---|
| DEFT: Oswaldo Renfrum (J)# | CASE NO: 00-4242-Snow |
| AUSA: Jeff Kay  present | ATTNY: FPD Bernardo Lopez |
| AGENT: | VIOL: for Tim Day |
| PROCEEDING: Bond Hearing. | BOND REC: 250,000 PSB |
| BOND HEARING HELD - (yes)/no | COUNSEL APPOINTED: |

BOND SET @ _____

CO-SIGNATURES: _____

OCT 2 ...

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents. ✓
4) Rpt to PTS as directed /or 3x week x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) Halfway House
    Electronic Monitoring    yes

- Sworn
Ct. doesn't feel
comfortable w/ bond —
Atty to notify Ct.
when they want
hrg cont'd.
(question about guidelines
& property or cash to back up
bond)

| | | | |
|---|---|---|---|
| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN X OR X REMOVAL: | 11-3-00 | 11:00am | BSS |
| STATUS CONFERENCE: | | | |
| DATE: 10-23-00 | TIME: 11:00am | TAPE # 00-080 | PG # 11 |

1157-1513
(Sealing tape)