FI                      D.C.

OCT 2 4 2000

UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55510-004

UNITED STATES OF AMERICA  )
                Plaintiff )  Case Number: CR _____
                          )  REPORT COMMENCING CRIMINAL
        -vs-              )  ACTION
                          )
Renfrum, Oswaldo Edgar    )
        Defendant

*********************************************************

TO: Clerk's Office    MIAMI  ( FT. LAUDERDALE )  W. PALM BEACH
    U.S. District Court      (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
*********************************************************

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 10-19-00       3:00    am/(pm)

(2) Language Spoken: English / Dutch

(3) Offense(s) Charged: Conspiracy to Possess with Intent
    to Distribute MDMA

(4) U.S. Citizen [ ] Yes  [X] No  [ ] Unknown

(5) Date of Birth: 6-5-65

(6) Type of Charging Document: (check one)
    [ ] Indictment  [X] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: _____

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $ _____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 10-20-00    (9) Arresting Officer: S/A SHANAHAN

(10) Agency: DEA      (11) Phone: (561) 684-8000

(12) Comments: _____