JHK:sr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6318**-CR-DIMITROULEAS

MAGISTRATE JUDGE
SNOW

21 USC 846
21 USC 841(a)(1)
18 USC 2

UNITED STATES OF AMERICA,  :

v.  :

OSWALDO RENFRUM,  :
EUGENE MIERAK, and
ORLANDO JANSEN,  :

    Defendants.  :

_____

## INDICTMENT

The Grand Jury charges that:

### COUNT I

From on or about October 1, 2000, to on or about October 19, 2000, at Broward County, in the Southern District of Florida, and elsewhere, the defendants,

    OSWALDO RENFRUM,
    EUGENE MIERAK, and
    ORLANDO JANSEN,

did knowingly and intentionally combine, conspire, confederate and agree with each other and with persons unknown to the Grand Jury to possess with intent to distribute and distribute a Schedule I controlled substance, that is, approximately 50,000 tablets of a mixture and substance containing a detectable amount of 3,4-Methylenedioxymeythamphetamine/MDMA (Ecstasy), in violation of Title 21, United States Code, Section 841(a)(1).



All in violation of Title 21, United States Code, Section 846.

## COUNT II

On or about October 19, 2000, at Broward County, in the Southern District of Florida, and elsewhere, the defendants,

> OSWALDO RENFRUM,
> EUGENE MIERAK, and
> ORLANDO JANSEN,

did knowingly and intentionally possess with intent to distribute and distribute a Schedule I controlled substance, that is, approximately 50,000 tablets of a mixture and substance containing a detectable amount of 3,4-Methylenedioxymeythamphetamine/MDMA (Ecstasy), in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

A TRUE BILL

FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

JEFFREY H. KAY
ASSISTANT U.S. ATTORNEY

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA**  CASE NO. _____

v.                              **CERTIFICATE OF TRIAL ATTORNEY***

OSWALDO RENFRUM, EUGENE MIERAK,
ORLANDO JANSEN
_____  **Superseding Case Information**:

**Court Division**: (Select One)    New Defendant(s)     Yes ____   No ____
                                    Number of New Defendants  ____
___ Miami  ___ Key West             Total number of counts    ____
_X_ FTL    ___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:        (Yes or No) NO_____
   List language and/or dialect _____

4. This case will take  _2-3_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                              (Check only one)

   I    0 to 5 days       __X__    Petty     _____
   II   6 to 10 days      _____    Minor     _____
   III  11 to 20 days     _____    Misdem.   _____
   IV   21 to 60 days     _____    Felony    __X__
   V    61 days and over  _____

6. Has this case been previously filed in this District Court? (Yes or No) NO
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) _YES_
   If yes:
   Magistrate Case No. _____00-4242-LSS_____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _10/19/00_____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____
   Is this a potential death penalty case? (Yes or No) _____NO_____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _x_ No   If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

                                        _____
                                        JEFFREY H. KAY
                                        ASSISTANT UNITED STATES ATTORNEY
                                        Court Bar No. 208035

*Penalty Sheet(s) attached                                        REV.6/27/00

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name: <u>ORLANDO JANSEN</u>     No.: _____

Count #: 1  <u>Conspiracy to possess Ecstasy; in violation of 21 U.S.C. §846</u>

*Max Penalty: <u>Up to twenty years' maximum imprisonment, $1,000,000 fine</u>

Count #: 2 <u>Possession w/intent to distribute Ecstasy; in violation of 21 U.S.C.§841(a)(1)</u>

*Max Penalty : <u>Up to twenty years' maximum imprisonment; $1,000,000 fine</u>

Count #: _____

*Max Penalty: _____

---

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name: <u>EUGENE MIERAK</u>    No.: _____

Count #: 1  <u>Conspiracy to possess Ecstasy; in violation of 21 U.S.C. §846</u> _____

*Max Penalty: <u>Up to twenty years' maximum imprisonment, $1,000,000 fine</u> _____

Count #: 2 <u>Possession w/intent to distribute Ecstasy;  in violation of 21 U.S.C.§841(a)(1)</u>

*Max Penalty :   <u>Up to twenty years' maximum imprisonment; $1,000,000 fine</u> _____

Count #: _____

*Max Penalty: _____

_____

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET**

Defendant's Name: <u>OSWALDO RENFRUM</u>   No.: _____

Count #: 1  <u>Conspiracy to possess Ecstasy; in violation of 21 U.S.C. §846</u>

<u>*Max Penalty: Up to twenty years' maximum imprisonment, $1,000,000 fine</u>

<u>Count #: 2 Possession w/intent to distribute Ecstasy;  in violation of 21 U.S.C.§841(a)(1)</u>

<u>*Max Penalty :   Up to twenty years' maximum imprisonment; $1,000,000 fine</u>

Count #: _____

*Max Penalty: _____

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96