COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Oswaldo Renfrum (J)#     CASE NO: 00-6318-CR-Dimitrouleas
                                        00-4242-Snow
AUSA: Jeff Kay                 ATTNY: FPD Lopez for Smargon
AGENT:                         VIOL:
PROCEEDING: Prelim/Arraignment BOND REC:

BOND HEARING HELD - yes/no     COUNSEL APPOINTED:

___ BOND SET @
CO-SIGNATURES:
SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

Reading of indictment waived
Not Guilty plea entered
~~Jury trial demanded~~
Standing Discovery Order requested

NEXT COURT APPEARANCE:   DATE:    TIME:    JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE: 11-17-00    11:00 am    Snow
DATE: 11-3-00    TIME: 11:00am    TAPE # 00-089    PG # 6
2942 - 3053

30/9