

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6318-CR-Dimitrouleas

UNITED STATES OF AMERICA

vs

Oswaldo Refrum

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on   11-3-00   , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:            Address: In Custody

                     Telephone:

DEFENSE COUNSEL:     Name: FPD

                     Address:

                     Telephone:

BOND SET/CONTINUED:  $ Remains in custody

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this __3__ day of November, 20 00.

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
       Deputy Clerk

Tape No. 00-089

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services

