JHK:sr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6318-CR-DIMITROULEAS

UNITED STATES OF AMERICA,      :

      PLAINTIFF,      :

v.      :

OSWALDO RENFRUM,      :
EUGENE MIERAK. and
ORLANDO JANSEN,      :

      DEFENDANTS.      :

## GOVERNMENT'S NOTICE TO THE
## COURT OF UNAVAILABILITY

COMES NOW the United States of America, by and through its undersigned Assistant United States Attorney, and respectfully advises the Court of the following:

1. The undersigned AUSA is unavailable as he is scheduled to start a month and a half trial before United States District Judge Middlebrooks on January 16, 2000, in West Palm Beach, Florida in the mortgage fraud trial of U.S. v. Kratenstein, 99-6266-Cr-MIDDLEBROOKS.

2. These defendants were arraigned on November 7, 2000; thus without motions Speedy Trial would run on January 17, 2001.

3. The Government believes defense counsel William Norris is specially set in an extended spy trial to begin before Judge Lenard in November, 2000, in Miami and will be unavailable.



4.  The Court has set this case for trial on December 4, 2000, with a calendar call of December 1, 2000.

5.  Due to the tape recorded conversations with the defendants, the Government hopes to get the DEA discovery out including tape and transcripts during the week of November 6-10.

                      Respectfully submitted,

                      GUY A. LEWIS
                      UNITED STATES ATTORNEY

By: _____
     JEFFREY H. KAY
     ASSISTANT U.S. ATTORNEY
     FLA. BAR NO. 208035
     500 E. Broward Blvd., Ste 700
     Ft. Lauderdale, Fl 33394
     (954) 356-7255; (954) 356-7336

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this _7_ day of November, 2000, to William Norris, Esq., Howard Greitzer, Esq., Sam Smargon, Esq., and S/A Brian Shanahan, Drug Enforcement Administration.

_____
JEFFREY H. KAY
ASSISTANT U.S. ATTORNEY

2