HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

FILED by ___ D.C.
NOV 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. L.

DEFT __CRAIG NEAL_____ CASE NO: __00-6304-CR-FERGUSON__
AUSA __BRUCE BROWN__ / Powell   ATTY __FPD Amargon__ G
No pending motion       for Derube   00-e 7011
Disc cut
possibly a plea

DEFT __MACKIE SHIVERS_____ CASE NO: __99-6116-CR-DIMITROULEAS__
AUSA __SCOTT BEHNKE__ / Powell   ATTY __MICHAEL ZELMAN_____
Disc cut - no pending motion
                                                                    e 2044

DEFT __JERMAINE WILLIAMS, etal_____ CASE NO: __00-6312-CR-ROETTGER__
AUSA __TOM LANIGAN_____ ATTY __FPD -Wilcox__
BARRY WAX, ESQ. for Lowen Espineuva  m/clue 12/13
   Wilcox stood in -                                        e 2/14
Disc cut - 1 motion pending - m/to continue to be filed

DEFT __OSWALDO RENFRUM, etal_____ CASE NO __00-6318-CR-DIMITROULEAS__
AUSA __JEFFREY KAY__ pres   ATTY __FPD Amargon__
pro HOWARD GREITZER, ESQ. for Eugen Mierak
this WILLIAM NORRIS, ESQ. for Orlando Jansen               e 2207
DEFT __motions due 12/1_____ CASE NO:_____
AUSA_____ ATTY_____


DEFT_____ CASE NO:_____
AUSA_____ ATTY_____


DATE __11-17-00_____ TIME __11:00_____