FILED
NOV 21 2000
CLARENCE MADDOX

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  ) CASE NO. 00-6318-CR-DIMITROULEAS
          Plaintiff,  )
v.  )
OSWALDO RENFRUM, et.al.,  )
          Defendant.  )

**COMES NOW** the United States of America by and through the undersigned Assistant United States Attorney and respectfully moves this Court to continue the Date now set trial of December 4, 2000 and states as follows:

1. Defendants were arrested on 10/19/2000

2. Defendants were indicted on 11/2/00

3. Defendant was arraigned on 11/3/2000

4. Defendants were pre-trial detained on risk of flight to Holland.

5. The Drug Enforcement Administration as of Tuesday, November 21, 2000 has not advised the U.S. Attorney's Office of the identity and background of the Confidential Source in the case to provide to defense counsel. Numerous requests have been made for release of the information.

6. Tapes made by the CS and defendant MIERAK are in the



Spanish language and have not yet been translated and transcribed by the DEA per request by the U.S. Attorney and provided to the defense counsel.

7. For all of the above reasons and problematic unavailability of defense counsel William Norris. The Government respectfully move this Court to continue the trial from December 4, 2000 date.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

BY: *[signature]*

JEFFREY KAY
Florida Bar # 0208035
500 East Broward Blvd., Ste. 700
Fort Lauderdale, FL 33394

**CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that a true and correct copy of the foregoing was sent to the below named on this 21st day of November, 2000.

Howard Greitzer, Esq.
600 N.E. 3rd Ave.
Fort Lauderdale, FL 33304

William Norris, Esq.
3225 Aviation Ave.
Suite 300
Coconut Grove, FL 33133

Sam Smargon, AFPD
Public Defenders Office
Fort Lauderdale, FL

_____
JEFFREY KAY
ASSISTANT UNITED STATES ATTORNEY