UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO. 00-6318-CR-DIMITROULEAS

Plaintiff,

vs.

OSWALDO EDGAR RENFRUM,
EUGENE DESIRE MIERAK, and
ORLANDO JANSEN,

Defendants.
_____/



### ORDER DENYING WITHOUT PREJUDICE
### MOTION FOR CONTINUANCE OF TRIAL DATE

THIS CAUSE having come before this Court on Government's November 21, 2000

Motion For Continuance of Trial Date [DE-43], and the Court noting that no proposed order, as

required by Local Rule 7.1A2 was provided, it is

ORDERED AND ADJUDGED that the Government's motion is hereby DENIED

without prejudice to renew at the Calendar Call.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

____ day of November, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Howard Greitzer, Esquire
600 N.E. Third Avenue
Ft. Lauderdale, FL 33304



William Norris, Esquire
3225 Aviation Avenue, #300
Coconut Grove, FL 33133

Jeffrey Kay, AUSA

Sam Smargon, AFPD