**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED by _____ D.C.
DEC 01 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6318-Cr-WPD    DATE: December 1, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: Dutch

UNITED STATES OF AMERICA    VS. Renfrum, Muersh, Jensen

U.S. ATTORNEY: Jeff Kay    DEFT. COUNSEL: Sam Smargon, Howard
Bill Norris not present  Greg Ris

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Defts' motion to continue are
granted. Court finds the time from today
until 12/7 deemed excludable.

✱ Oswaldo Renfrum Reset for 12/7 for Calendar Call
*/or change of plea @ 1:00

✱ Eugene Muersh Reset for 12/7 @ 1:00 for change
of plea - or Calendar Call 1/12/01 @ 9:00 for 1/16/01
Jury trial period.

CASE CONTINUED TO: 12/7/00    TIME: 1:00    FOR: Status

✱ MISC: Orlando Jensen's Case Reset for 12/7/00 (2) 1:00
for Calendar Call.

60/69