## CRIMINAL MINUTES



FILED D.C.
DEC 07 2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6318-CR-WPD   DATE: December 7, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA   vs. Oswaldo Kingrum

U.S. ATTORNEY: Jeffrey Kay    DEFT. COUNSEL: Ham Smargon

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft sworn & questioned by Court. Deft to plead guilty to Count 1. Gov't agrees to dismiss Count 2 (w) time of Sentencing. Court accepts guilty plea.

CASE CONTINUED TO: 3/16/01    TIME: 10:45    FOR: Sentencing
MISC: Written plea agreement filed