UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.00-6318-CR-DIMITROULEAS

MAGISTRATE JUDGE SNOW

UNITED STATES OF AMERICA, :

    Plaintiff, :

v. :

OSWALDO RENFRUM, :

    Defendant. :
_____/

## MOTION TO CONTINUE SENTENCE DATE

Oswaldo Renfrum ("Renfrum"), by counsel, hereby files this Motion to Continue Sentence Date for the following reasons:

1. On December 7, 2000, Renfrum pled guilty to one count of conspiracy to possess with intent to distribute MDMA (Ecstacy). Sentence is set for February 16, 2001, at 10:45 a.m.

2. In an attempt to lower his sentence Renfrum has cooperated with the government. That information appears to be "substantial".

3. On February 5, 2001, Assistant United States Attorney Jeffrey Kay ("Kay") informed the undersigned that the agents would like additional time to evaluate the information prior to sentence.

4. Kay has no objection to the court granting the requested continuance.



WHEREFORE, Oswaldo Renfrum hereby requests a one month continuance, to on or about March 20, 2001( undersigned will be out of the district March 16-19).

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: *Samuel J. Smargon*

Samuel J. Smargon
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 150230
101 N.E. Third Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / 356-7556 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true a copy of the foregoing instrument was mailed this __8__ day of February, 2001 to Jeffrey Kay, Assistant United States Attorney, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301 and to Dennis Woolfolk, United States Probation Office, 299 E. Broward Blvd., Room 409, Fort Lauderdale, Florida 33301.

*Samuel J. Smargon*

Samuel J. Smargon

S:\SMARGON\Renfrum\Continue.01 wpd

2