UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6318-CR-DIMITROULEAS

MAGISTRATE JUDGE SNOW

UNITED STATES OF AMERICA, :

    Plaintiff, :

vs. :

OSWALDO RENFRUM, :

    Defendant. :
_____/

### ORDER GRANTING MOTION TO CONTINUE SENTENCE DATE

THIS CAUSE having come before the Court on Defendant's Motion to Continue Sentence Date (DE-69) and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that the defendant's motion to change sentence date is hereby GRANTED. The defendant's sentencing is rescheduled to March 23, 2001 at 11:00 AM

DONE AND ORDERED at Fort Lauderdale, Florida, this 12 day of February, 2001.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc:   Samuel J. Smargon, AFPD
      Jeffrey Kay, AUSA
      Dennis Woolfolk, USPO

