UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.00-6318-CR-DIMITROULEAS

MAGISTRATE JUDGE SNOW

UNITED STATES OF AMERICA, :

   Plaintiff, :

v. :

OSWALDO RENFRUM, :

   Defendant. :
_____/

## MOTION TO CONTINUE SENTENCE DATE

Oswaldo Renfrum ("Renfrum"), by Samuel J. Smargon ("Smargon"), Assistant Federal Public Defender, hereby files this Motion to Continue Sentence Date for the following reasons:

1. On February 12, 2001, undersigned received this court's Order granting Renfrum's requested continuance to March 23, 2001, at 11:00 a.m.

2. Smargon had planned to take an Annual leave day on March 23, 2001.

3. Smargon understands that this court would like to do sentences on Fridays.

4. On Friday, March 30, 2001, Smargon has scheduled as follows: 10:00 a.m. sentence with Judge Ferguson, 11:00 a.m. sentence with Judge Zloch, 11:30 a.m. sentence with this court, and 3:00 p.m. with Judge Hurley in West Palm Beach.

5. On Friday, April 6, 2001, Smargon has scheduled as follows: 10:30 a.m. sentence with this court.



WHEREFORE, Oswaldo Renfrum hereby requests a one or two week continuance, to on or about March 30, 2001, or April 6, 2001.

        Respectfully submitted,

        KATHLEEN M. WILLIAMS
        FEDERAL PUBLIC DEFENDER

By: _____

        Samuel J. Smargon
        Assistant Federal Public Defender
        Attorney for Defendant
        Florida Bar No. 150230
        101 N.E. Third Avenue, Suite 202
        Fort Lauderdale, Florida 33301
        (954) 356-7436 / 356-7556 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true a copy of the foregoing instrument was mailed this ___ day of February, 2001 to Jeffrey Kay, Assistant United States Attorney, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301 and to Dennis Woolfolk, United States Probation Office, 299 E. Broward Blvd., Room 409, Fort Lauderdale, Florida 33301.

_____
Samuel J. Smargon

S:\SMARGON\Renfrum\continue 02.wpd

2