UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6318-CR-DIMITROULEAS

MAGISTRATE JUDGE SNOW

UNITED STATES OF AMERICA, :

    Plaintiff, :

vs. :

OSWALDO RENFRUM, :

    Defendant. :
_____/

FILED _____ D.C.

FEB 15 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D OF FLA. FT. LAUD.

## ORDER GRANTING MOTION TO CONTINUE SENTENCE DATE

THIS CAUSE having come before the Court on Defendant's Motion to Continue Sentence Date and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that the defendant's motion to change sentence date is hereby GRANTED. The defendant's sentencing is rescheduled to **MARCH 30**, 2001, at **11:45 A.M.**

DONE AND ORDERED at Fort Lauderdale, Florida, this **15** day of February, 2001.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc:   Samuel J. Smargon, AFPD
       Jeffrey Kay, AUSA
       Dennis Woolfolk, USPO