## CRIMINAL MINUTES

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED by _____ D.C.
MAR 30 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6318-CR-WPD      DATE: March 30, 2001

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____     INTERPRETER: Dutch

UNITED STATES OF AMERICA     VS. Oswaldo Rendrum

U.S. ATTORNEY: Jeff Kaey     DEFT. COUNSEL: Dan Amargu

REASON FOR HEARING: sentencing

RESULT OF HEARING: Sentence Imposed.
37 months BOP, 3 years supervised release
No Fine, $100.00 Assessment.

Gvnt has no objection to deft's transfer to Holland to serve his prison sentence. Gvn't dismisses Ct 2.

CASE CONTINUED TO: _____ TIME: _____ FOR: _____
MISC: Deft Informed of Right to Appeal

