# United States District Court
## Southern District of Florida
### FORT LAUDERDALE DIVISION

2001 APR -3 AM 4 38

UNITED STATES OF AMERICA
V.
OSWALDO RENFRUM

JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)
Case Number: **00-6318-CR-WPD**
Counsel For Defendant: Samuel Smargon, AFPD
Counsel For The United States: Jeffrey Kay, AUSA
Court Reporter: Robert Ryckoff

**THE DEFENDANT:**
[X] pleaded guilty to count(s) ONE

[ ] pleaded nolo contendere to count(s)
which was accepted by the court.

[ ] Was found guilty on count(s)
after a plea of not guilty

FILED by _____ D.C.
MAR 3 0 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| Title & Section Number(s) | Nature of Offense | Date Offense Concluded | Count |
|---|---|---|---|
| 21 USC § 846 | Conspiracy to Possess with Intent to Distribute a Schedule 1 Controlled Substance that is, 50,000 Tablets of 3,4-Methylenedioxy-Methamphetamine/MDMA | 10/19/2000 | ONE |

The defendant is sentenced as provided in pages 2 through __8__ Of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.
[ ] The defendant has been found not guilty on count(s)

[X] Count(s)  Two  (Is) dismissed on the motion of the United States.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: None
Defendant's Date of Birth: 5/5/1965
Defendant's USM Number: 55510-004

Defendant's Residence Address:
Federal Detention Center
33 NE 4th Street
Miami, FL 33132

Defendant's Mailing Address:
Federal Detention Center
33 NE 4th Street
Miami, FL 33132

March 30, 2001
Date of Imposition of Judgment

Signature of Judicial Officer

**William P. Dimitrouleas**
United States District Judge

Date: March 30, 2001

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk.
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 3/3/14

DEFENDANT: **RENFRUM, OSWALDO**
CASE NUMBER: **00-6318-CR-WPD**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 37 Months.

[X] The Court makes the following recommendations to the Bureau of Prisons: The Court has no objection to the defendant's transfer to Holland to serve his prison sentence.

[X] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.

  [ ] At        A.m. / p.m. on

  [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:.

  [ ] Before 2:00 p.m. on

  [ ] as notified by the United States Marshal.

  [ ] As notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

FILED
CLERK U.S. DIST. CT.
S.D. OF FLA-FTL
2001 APR 25 PM 2:40

Defendant delivered on **4-18-01** To **FCI Elk**

at **Elkton, Ohio**, with a certified copy of this judgment.

John T. LaManna-Warden
UNITED STATES MARSHAL

By **P. Beel** LIE
Deputy U.S. Marshal