

```
               UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA
                       FT. LAUDERDALE
```

UNITED STATES OF AMERICA,
        Plaintiff,

    v.

OSWALDO E. RENFRUM,
        Defendant, /

CASE No.: 00-6318-CR

The honorable William P. Dimitrouleas
United States District Judge

### Motion For Return of Property
### Pursuant to Rule 41(e) Fed. R. Crim. P.

    **COMES NOW,** the Defendant, Oswaldo E. Renfrum, Pro se, and hereby moves the Court pursuant to Rule 41(e) of Federal Rules of Criminal Procedure to order the United States agents to return certain property seized or in possession of the Government Agents acquired during the investigation and prosecution of the instant case on October 19, 2000.

    Rule 41(e) reads, in pertinent part:

> "A person aggrieved ... by the deprivation of property may move the district court for the district in which the property was seized for return of the property on the ground that such person is entitled to the lawful possession of the property."

    The Defendant seeks return of all legally owned properties seized as part of the seizure incident to his arrest.

    The Defendant submits that the investigation into his activities is complete, and that the items sought for return are not relevant to the crimes for which he was prosecuted.

    Once an item of property is no longer pertinent to a criminal prosecution, it should be returned to the lawful owner, and application to the district court is the appropriate venue in which



to seek such return. <u>United States v. Hoffman</u>, 982 F.2d 187 (6th Cir. 1992). The "[g]eneral rule is that seized property, other than contraband should be returned to its rightful owner once the criminal proceedings have terminated [citation omitted] ... a district court has both the jurisdiction and a duty to return contested property once the government's need for it has ended.'" **Id.** (see also, <u>United States v. Wingfield</u>, 822 F.2d 1466, 1470 (10th Cir. 1987).

## Conclusion

Wherefore, the Defendant would submit that he is entitled to his lawful property, in the possession of the United States government agents, and he prays that this court will order the return of such forthwith.

Respectfully submitted,

_____

Oswaldo E. Renfrum, Pro se,
# 55510-004
FCI Elkton,
P.O. BOX 10
Lisbon, OH  44432-0010

## Certificate of Service

I, Oswaldo E. Renfrum do hereby certify that a true copy of the foregoing **Motion for Return of Property**, was served this 26th day of October, 2001, upon Jeffrey Kay, Asst. U.S. Attorney, by prepaid first class United States Mail.

_____
Oswaldo E. Renfrum

-2-

## AFFIDAVIT

I, OSWALDO E. RENFRUM, hereby states as follows:

(1) That I am the party with the vested interest in the herein listed properties.

(2) That I am of full age and of a sound mind, and under no pressure or duress.

(3) That on October 19, 2000, I was arrested in Ft. Lauderdale, FL.

(4) That the above referenced case is final within the meaning of the Fed. R. Crim. P.

(5) That at the present time, I am requesting this honorable court to order the return of my properties as is consistent with the provisions of the Treaty, my return back to the Netherlands for the completion of my sentence has been recommended by the BOP.

(6) That the herein listed are the properties being sought:

   (a) $700.00 U.S. Currency
   (b) A Palm-electronic Notebook [ Electronic organizer, Euro edition].
   (c) Other miscellanous items.

This represents the items that are being sought. It is Mr. Renfrum's position that this honorable court orders the return as soon as is practicable or in the alternative, if the court wants Mr. Renfrum to furnish the government agents with an address for the items to be mailed to, he will gladly do so.

This affidavit represents a true and correct affirmation of what transpired and the facts of this case.

*[signature]*
Oswaldo E. Renfrum, Pro se