UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

OSWALDO E. RENFRUM,

    Defendant.
_____/

CASE NO. 00-6318-CR-DIMITROULEAS

### ORDER DEFERRING RULING

THIS CAUSE having been heard upon the Defendant's pro se November 5, 2001 Motion For Return of Property, the Court defers ruling for five (5) days to await a response from the Government.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___ day of November, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Oswaldo E. Renfrum, #55510-004
FCI Elkton
P.O. Box 10
Lisbon, Ohio 44432-0010

Jeffrey Kay, AUSA

