JHK:sr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6318-CR-DIMITROULEAS

UNITED STATES OF AMERICA,       :

        PLAINTIFF,       :

v.       :

OSWALDO RENFRUM,       :

        DEFENDANT.       :

_____



GOVERNMENT'S RESPONSE TO DEFENDANTS
MOTION FOR RETURN OF PROPERTY

COMES NOW the United States of America, by and through the undersigned counsel, and advises the Court of the following:

1. On November 9, 2001 the undersigned counsel for the Government met with the DEA case agent who provided the attached DEA receipts for cash and other items and the attached declaration of forfeitures. These attachments reflected the items seized from the defendant Renfrum and others at the time of his arrest in October 2000. The DEA case agent advised several of the items seized from defendant Renfrum were returned on December 15, 2000 to Renfrum's designee Elizabeth Servais. The case agent advised the remaining items belonging to the defendant Renfrum in the DEA file are as follows:



     a.     (1) Palmpilot

     b.     (1) phone card from Holland

     c.     (1) Sony recorder ICD70

     3.     The DEA case agent has advised he will forward these items to the institution where the defendant is incarcerated, FCI Elkton, PO Box 10, Lisbon, OH 44432, Inmate No. 55510-004 upon the Government filing this response.

     4.     The case agent advised the $700 mentioned by defendant Renfrum in his Motion was forfeited as part of the funds belonging to the co-defendant Mierak based on the statements at the time of arrest by the defendant Renfrum and others the $700 in question belonged to the co-defendant Mierak.

     5.     The United States respectfully believes that the above actions by the government resolves the issues and requests made by the defendant Renfrum in his Motion for Return of Property.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
JEFFREY H. KAY
ASSISTANT U.S. ATTORNEY
FLA BAR NO. 208035
500 E. Broward Blvd. 7th flr
Ft. Lauderdale, Fl 33394
(954) 356-7255/(954) 356-7336

cc:    S/A Shanahan, DEA(WPB)
       Oswaldo Renfrum

CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the foregoing was mailed on this 9th day of November, 2001, to Oswaldo Renfrum.

_____
JEFFREY H. KAY
ASSISTANT U.S. ATTORNEY

**RECEIPT FOR CASH OR OTHER ITEMS**

TO: (Name, Title, Address ((including ZIP Code)), if applicable)
S/A BRIAN SHANAHAN
MFD/WPBRO
1818 S. AUSTRALIAN AVE
WEST PALM BEACH, FL 33409

FILE NO. 69-01-0004

G-DEP IDENTIFIER

FILE TITLE

DATE 12/15/00

DIVISION / DISTRICT OFFICE
MFD/WPBRO

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | SCHAFFHAUSEN SILVER COLOR WATCH | Prisoner's PROPERTY Being Returned to Prisoner (RENFRUM) |
| 1 | BLACK AND SILVER COLOR WATCH | " |
| 1 | GOLD/DIAMOND COLORED NECKLACE | " |
| 1 | GOLD COLORED BRACELET | " |
| 1 | BLACK/SILVER BELT | " |
| 1 | LEATHER NECKLACE WITH A CHARM OF ANIMAL | " |
| 1 | LEATHER NECKLACE WITH CHARM ON IT. | " |
| 2 | GOLD COLORED RINGS | " |
| 1 | GOLD/DIAMOND COLORED EARRING. | " |
| 1 | Address Book/miscellaneous business cards | |

RECEIVED BY (Signature)

NAME AND TITLE (Print or Type)
Elisabeth Servais

WITNESSED BY (Signature)

NAME AND TITLE (Print or Type)
Brian Shanahan, Special Agent

DEA Form 12
(Apr. 1983)        Previous edition dated 9/77 may be used until stock is exhausted.

# RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address ((including ZIP Code)), if applicable)
S/A BRIAN SHANAHAN

FILE NO. 68-01-0004

G-DEP IDENTIFIER

FILE TITLE

DATE 12/15/00

DIVISION / DISTRICT OFFICE
MFD/WDBNO

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | Netherland PASSPORT ISSUED TO OSWALDO F. RENFRUM N-14045703 | Personal Property |
| 1 | Netherland Ident. Card issued to RENFRUM. | " |
| 1 | ABN-AMRO Credit Card issued to Kim C.G. ZICHEM | " |
| 1 | Miscellaneous Id Card | " |
| 1 | Medical Insurance Card | |
| 1 | AIRLINE CARD | " |
| 1 | VIP CLUB CARD | " |
| 1 | Miscellaneous Document | " |
| 1 | Netherland D/L issued to RENFRUM | " |

RECEIVED BY (Signature)

NAME AND TITLE (Print or Type)
ELISABETH SERVAIS

WITNESSED BY (Signature)

NAME AND TITLE (Print or Type)
Brian J. Shanahan, Special Agent

DEA Form-12 (Apr. 1983)  Previous edition dated 9/77 may be used until stock is exhausted.

U.S. Department of Justice
Drug Enforcement Administration

# DISPOSITION OF NON-DRUG EVIDENCE
*(Do NOT Use For Drug Evidence)*

| FILE NUMBER | DATE |
|---|---|
| ~~GG-01-0001~~ | 10/30/2000 |
| FILE TITLE | |
| JANSEN, Orlando J. | |

| ORIGINATOR *(Name of Field Office and Case Agent)* | CUSTODIAN *(Name of Field Office or Laboratory and Custodian)* |
|---|---|
| S/A Brian Shanahan | S/A Roberto Bryan, Seized Money Custodian |
| MFD/ West Palm Beach Resident Office | MFD/West Palm Beach Resident Office |
| 1818 S. Australian Ave., Suite 300 | 1818 S. Australian Ave., Suite 300 |
| West Palm Beach, Florida 33409 | West Palm Beach, Florida 33409 |

## PART I

The following exhibits in this case are no longer needed as evidence and should:

☐ be handled as forfeited property
☐ be returned to their rightful owner: _____

☒ be transferred to United States Marshal Service
                                *(Agency)*
☐ undergo abandonment proceedings
☐ be stored as documentation of a non-consensual intercept
☐ be destroyed (or returned to the case file)
☐ be handled as recovered funds

| EXHIBIT NUMBER | LAB. OR FISCAL CONTROL NUMBER | DESCRIPTION | CONDITION CODE | ESTIMATED VALUE |
|---|---|---|---|---|
| N-1a | | Check drawn First Union National Bank in the amount of $2,576.00 on Check # 225715556. | | 2,576.00 |

Brian Shanahan, Special Agent    10/30/00      Jason Kagan, Group Supervisor   10/30/00
CASE AGENT (Signature)           DATE          APPROVING OFFICIAL (Signature)  DATE

## PART II

The foregoing exhibits have undergone abandonment proceedings and may be disposed of in accordance with 41 CFR 128.

_____        _____
PROPERTY CUSTODIAN (Signature)              DATE

## PART III

On __11/30/00__, the foregoing exhibits were:
    *(date)*

☐ disposed of in accordance with 21 USC 881(e)
☐ disposed of in accordance with 41 CFR 128
☐ destroyed (or returned to the case file)
☒ delivered to    United States Marshal Service
                  301 N. Miami Ave.
                  Miami, Florida
☐ placed into storage (documentation of a non-consensual intercept)

CUSTODIAN
WITNESS
RECEIVED BY (If applicable) , DUSM

DEA Form - 48a
(May 1980)                                                  1

**U.S. Department of Justice**
Drug Enforcement Administration

# DISPOSITION OF NON-DRUG EVIDENCE
*(Do NOT Use For Drug Evidence)*

| FILE NUMBER | DATE |
|---|---|
| G~~_____~~4 | 10/30/2000 |

**FILE TITLE**
JANSEN, Orlando J.

| ORIGINATOR (Name of Field Office and Case Agent) | CUSTODIAN (Name of Field Office or Laboratory and Custodian) |
|---|---|
| S/A Brian Shanahan<br>MFD/ West Palm Beach Resident Office<br>1818 S. Australian Ave., Suite 300<br>West Palm Beach, Florida 33409 | S/A Roberto Bryan, Seized Money Custodian<br>MFD/West Palm Beach Resident Office<br>1818 S. Australian Ave., Suite 300<br>West Palm Beach, Florida 33409 |

## PART I

The following exhibits in this case are no longer needed as evidence and should:

☐ be handled as forfeited property
☐ be returned to their rightful owner: _____
☒ be transferred to United States Marshal Service
         *(Agency)*
☐ undergo abandonment proceedings
☐ be stored as documentation of a non-consensual intercept
☐ be destroyed (or returned to the case file)
☐ be handled as recovered funds

| EXHIBIT NUMBER | LAB. OR FISCAL CONTROL NUMBER | DESCRIPTION | CONDITION CODE | ESTIMATED VALUE |
|---|---|---|---|---|
| N-1b | | Check drawn First Union National Bank in the amount of $1,646.50 on Check # 225715555. | | 1,646.50 |

Brian Shanahan, Special Agent   10/30/00
CASE AGENT (Signature)   DATE

Jason Kagan, Group Supervisor   10/30/00
APPROVING OFFICIAL (Signature)   DATE

## PART II

The foregoing exhibits have undergone abandonment proceedings and may be disposed of in accordance with 41 CFR 128.

_____     _____
PROPERTY CUSTODIAN (Signature)     DATE

## PART III

On __11/30/00__, the foregoing exhibits were:
*(date)*

☐ disposed of in accordance with 21 USC 881(e)
☐ disposed of in accordance with 41 CFR 128
☐ destroyed (or returned to the case file)
☒ delivered to   United States Marshal Service
                 301 N. Miami, Florida

☐ placed into storage (documentation of a non-consensual intercept)

_____
CUSTODIAN

_____
WITNESS

_____
RECEIVED BY (If applicable)

DEA Form - 48a
(May 1980)                                                    1

**RECEIPT FOR CASH OR OTHER ITEMS**

TO: (Name, Title, Address ((including ZIP Code)), if applicable)

TFO Kathy Donatto

FILE NO. G8-01-0004
G-DEP IDENTIFIER XGL3I
FILE TITLE Jansen, Orlando
DATE 10/24/00

DIVISION / DISTRICT OFFICE

WPBRO

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 HSEE | Containing US Currency ($2,570.00) and Dutch currency ($1350 Guilder)  NOTE: Currency not counted by TFO Donatto envelope already sealed  NOTE: Currency not counted by S/A Jason Rogan 10/24/00 | Safekeeping |

RECEIVED BY (Signature): [signature]
WITNESSED BY (Signature): [signature]
NAME AND TITLE (Print or Type): Jason Rogan 10/24/00

DEA Form — 12
(Apr. 1983)
Previous edition dated 9/77 may be used until stock is exhausted.

**RECEIPT FOR CASH OR OTHER ITEMS**

TO: (Name, Title, Address ((including ZIP Code)), if applicable)

OSWALDO RENFRUM.

FILE NO. C8-01-0007

G-DEP IDENTIFIER

FILE TITLE: JANSEN, ORLANDO

DATE: 10-19-00

DIVISION / DISTRICT OFFICE

MED/WPBRO

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 2 | GOLD RINGS | SAFEKEEPING |
| 1 | GOLD EARRING | |
| 1 | GOLD BRACELET | " |
| 1 | GOLD NECKLACE | " |
| 1 | WHITE/GOLD WATCH (colored) | " |
| 1 | SILVER/GOLD WATCH (colored) | " |
| 1 | NECKLACE/Clear Stone | " |
| 1 | NECKLACE/BLACK STONE | " |
| 1 | BLACK BELT | " |

RECEIVED BY (Signature)

WITNESSED BY (Signature)

NAME AND TITLE (Print or Type): Brian Shaiche, Special Agent

NAME AND TITLE (Print or Type): TFO Kathy Donatto

DEA Form - 12 (Apr. 1983)

Previous edition dated 9/77 may be used until stock is exhausted.

## RECEIPT FOR CASH OR OTHER ITEMS

| TO: (Name, Title, Address ((including ZIP Code)), if applicable) | FILE NO. G8-01-0004 | G-DEP IDENTIFIER XGL 3I |
|---|---|---|
| G/S JASON RAGAN  West Palm | FILE TITLE  DAWSON, Orlando | |
| | DATE  10/30/00 | |

**DIVISION / DISTRICT OFFICE**

WPBRO

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 H500 | One sealed H500 # 9H-36453 containing U.S. Currency + Dutch (Netherlands) Currency — Last Item — | Turned over to S/A BRYAN Shanahan for Transfer to WPBRO seized monies custodian |
| NOTE: | Currency NOT counted by G/S JASON RAGAN — Received one sealed H500 only | |

RECEIVED BY (Signature) [signature]

WITNESSED BY (Signature)

NAME AND TITLE (Print or Type)  Bryan Shanahan, Special Agt

NAME AND TITLE (Print or Type)

DEA Form — 12
(Apr. 1983)          Previous edition dated 9/77 may be used until stock is exhausted



**U. S. Department of Justice**
Drug Enforcement Administration

Asset Description: $4,450 Netherlands Gilders, U.S. VL: $1,646.50

Seizure Date: 10/19/00     Seizure Value: $1646.50
Seizure Place: Fort Lauderdale, FL
Owner Name:
Seized From: Eugene D Mieruk
Judicial District: Southern District of Florida

## DECLARATION OF FORFEITURE

The above-described property has been seized by agents of the **DRUG ENFORCEMENT ADMINISTRATION** pursuant to 21 U.S.C. Section 881. Notice of the seizure has been sent to all known parties who may have a legal or possessory interest in the property. Also, in accordance with 19 U.S.C. Section 1607, notice of the seizure has been published and no claim has been filed for the property within 30 days from the date of last publication of the advertisement. On this date, I have examined this matter, and found that there was sufficient information to support the forfeiture of this property. **THEREFORE**, it is hereby declared that such property is forfeited to the United States pursuant to 19 U.S.C. Section 1609.

Senior Attorney
Asset Forfeiture Section

2-8-01
Date



U. S. Department of Justice
Drug Enforcement Administration

Asset ID: ~~~~~~~~~~
Asset Description: $2,576.00 U.S. Currency

Seizure Date: 10/19/00   Seizure Value: $2576.00
Seizure Place: Fort Lauderdale, FL
Owner Name:
Seized From: Eugene D Micrak
Judicial District: Southern District of Florida

### DECLARATION OF FORFEITURE

The above-described property has been seized by agents of the **DRUG ENFORCEMENT ADMINISTRATION** pursuant to 21 U.S.C. Section 881. Notice of the seizure has been sent to all known parties who may have a legal or possessory interest in the property. Also, in accordance with 19 U.S.C. Section 1607, notice of the seizure has been published and no claim has been filed for the property within 30 days from the date of last publication of the advertisement. On this date, I have examined this matter, and found that there was sufficient information to support the forfeiture of this property. **THEREFORE**, it is hereby declared that such property is forfeited to the United States pursuant to 19 U.S.C. Section 1609.

_____
Senior Attorney
Asset Forfeiture Section

2-8-01
Date