UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA, CASE NO. 00-6318-CR-DIMITROULEAS

Plaintiff,

vs.

OSWALDO E. RENFRUM,

Defendant.

_______________________________________/

D.C.
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**ORDER**

THIS CAUSE having been heard upon the Defendant's pro se November 5, 2001 Motion For Return of Property [DE-85] and the Court having received the November 9, 2001 response from the Government, and the Government having indicating that it will return some property, the motion is Granted, in part.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 13 day of November, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Oswaldo E. Renfrum, #55510-004
FCI Elkton
P.O. Box 10
Lisbon, Ohio 44432-0010

Jeffrey Kay, AUSA

