OSWALDO RENFRUM
Art. No. 55510-004
FCI Elkton
P.O. BOX 10
Lisbon, Ohio 44432

November 21, 2001

JEFFREY H. KAY, Asst. U.S. Attorney
U.S. Attorney's Office
500 E. Broward Blvd. 7th flr.
Ft. Lauderdale, FL. 33394

Filed by _____ D.C.

DEC 0 5 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Dear Mr. Kay:

Thank you for your prompt resolution of the Motion for Return of property. However, there appears to be a misunderstanding or mistatement regarding the money seized.

Upon arrest $250.00 app, U.S. Currency and FL1,350.00 (Gulder); along with the requested properties, were seized from Mr. Renfrum's person. At that time, he was told by S/A Brian Shanahan that the said money would be returned to him at a later time. There were no further conversations regarding this money or the other properties between Mr. Renfrum and any government representative; in essence, he never stated that the money belonged to anyone other than himself.

This appears to be a mistake or perhaps one of the other Defendants in this case may have made statements regarding money or properties seized from them. It is Mr. Renfrum's position that he never made such contentions and return of the said money as stated by Agent Shannahan, will be highly appreciated. This will put an end to Mr. Renfrum's request.

Thank you for your anticipated expeditious response regarding this matter.

cc: Hon. DIMITROULEAS, USDJ

Respectfully yours,

O. Renfrum

Oswaldo Renfrum
Case No. 00-6318-CR

