UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO. 00-6318-CR-DIMITROULEAS

Plaintiff,

vs.

OSWALDO E. RENFRUM,

Defendant.
_____/

## ORDER DEFERRING RULING

THIS CAUSE having been heard upon the Defendant's pro se November 21, 2001 letter requesting return of $250.00, the Court defers ruling for five (5) days to await a response from the Government.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 5 day of December, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Oswaldo E. Renfrum, #55510-004
c/o FCI Elkton
PO Box 10
Lisbon, Ohio 44432-0010

Jeffrey Kay, AUSA (w/attachment)

