JHK:sr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6318-CR-DIMITROULEAS

UNITED STATES OF AMERICA,          :

          PLAINTIFF,          :

v.          :

OSWALDO E. RENFRUM,          :

          DEFENDANT.          :



FILED by _____ D.C.

DEC - 6 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

GOVERNMENT'S RESPONSE TO DEFENDANT
RENFRUM'S LETTER TO THE COURT DATED NOVEMBER 21, 2001

COMES NOW the United States of America, by and through the undersigned counsel, and as requested by the Court, files this Response to the defendant Oswaldo Renfrum's letter dated November 21, 2001, and states as follows:

1. The defendant, Renfrum, by letter dated November 21, 2001 to both the Court and the undersigned Assistant U.S. Attorney requests the return of $250.00 taken from him at the time of his arrest by the DEA.

2. As earlier provided to the defendant, based on his earlier letter to the Court and U.S. Attorney's Office, the DEA administratively forfeited the funds taken from the defendants at the time of their arrests. The United States Attorney's Office had nothing to do with the administrative forfeiture conducted by DEA of these funds.

3.  Any questions or claims as to this money should have been directed and directed now to the Drug Enforcement Administration Office in West Palm Beach, Florida.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By:  _____
JEFFREY H. KAY
ASSISTANT U.S. ATTORNEY
FLA BAR NO. 208035
500 E. Broward Blvd. 7th flr
Ft. Lauderdale, Fl 33394
(954) 356-7255/(954) 356-7336

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was mailed on this ___ day of December, 2001 to S/A Shanahan, Drug Enforcement Administration, 1818 W. Australian Avenue, Suite 300, West Palm Beach, Fl 33409 and Oswaldo E. Renfrum, Reg. No. 55510-004, c/o F.C.I., Elkton, P.O. Box 10, Lisbon, Ohio 44430.

_____
JEFFREY H. KAY
ASSISTANT U.S. ATTORNEY