UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,　　　　　　CASE NO. 00-6318-CR-DIMITROULEAS

　　　　Plaintiff,

vs.

OSWALDO E. RENFRUM,

　　　　Defendant.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE having been heard upon the Defendant's pro se November 21, 2001 letter requesting return of $250.00 [DE-90], and the Court having received a response from the Government [DE-92], the Court finds that this Court has jurisdiction, U.S. v. Martinez, 241 F. 3d 1329 (11th Cir. 2001); Ball v. U.S., 193 F. 3d 998 (8th Cir. 1999), to prevent a manifest injustice. U.S. v. Eubanks, 169 F. 3d 672, 674 (11th Cir. 1999). This Court has equitable jurisdiction over a request for return of forfeited currency. U.S. v. Minor, 228 F. 3d 352 (4th Cir. 2000).

Wherefore, the Government is ordered to show cause why the money should not be ordered returned. A failure to show cause by the Government (either U.S. Attorney or DEA) by December 17, 2001 will result in this Court ordering relief.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of December, 2001.

　　　　　　　　　　　　　　　　　　　WILLIAM P. DIMITROULEAS
　　　　　　　　　　　　　　　　　　　United States District Judge

Copies furnished to:

Oswaldo E. Renfrum, #55510-004
c/o FCI Elkton
PO Box 10
Lisbon, Ohio 44432-0010

Jeffrey Kay, AUSA