UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO. 00-6318-CR-DIMITROULEAS

    Plaintiff,

vs.

OSWALDO E. RENEFRUM,

    Defendant.

_____/



## ORDER

THIS CAUSE having been heard upon the Defendant's <u>pro se</u> November 21, 2001 unsworn letter requesting return of $250.00 [DE-90] and the Court having received two responses from the Government [DE-92 and 94], said motion is Denied, without prejudice to be filed under penalties of perjury.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of December, 2001.

                                               WILLIAM P. DIMITROULEAS
                                               United States District Judge

Copies furnished to:

Oswaldo E. Renfrum, #55510-004
c/o FCI Elkton
PO Box 10
Lisbon, Ohio 44432-0010

Jeffrey Kay, AUSA

